# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CAUSE NO. MO:22-CR-141-DC |
| (1) JEROSWASKI WAYNE COLLETTE | § | |

## NOTICE OF APPEAL

Defendant Jeroswaski Wayne Collette gives notice that he appeals to the Fifth Circuit Court of Appeals the conviction and sentence entered by the United States District Court in this case. Sentence was pronounced at the sentencing hearing on December 2, 2022. The judgment was entered on December 5, 2022.

DATED this 8th day of December, 2022.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        /S/ ANTHONY J. COLTON
        Supervisory Assistant Federal Public Defender
        Western District of Texas
        200 East Wall St., Room 110
        Midland, Texas 79701
        Tel.: (830) 703-2040
        Bar Number: Texas 24064564

        *Counsel for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. MO:22-CR-141-DC |
| (1) JEROSWASKI WAYNE COLLETTE | § § | |

## DESIGNATION OF RECORD

Jeroswaski Wayne Collette designates as the record on appeal a certified copy of the docket entries prepared by the District Clerk, and all of the original documents and instruments filed with the District Clerk, including but not limited to: all exhibits entered into evidence by either the government or Jeroswaski Wayne Collette and a complete transcript of all court proceedings, including the sentencing hearing held on December 2, 2022.

DATED this 8th day of December, 2022.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/S/ ANTHONY J. COLTON
Supervisory Assistant Federal Public Defender
Western District of Texas
200 East Wall St., Room 110
Midland, Texas 79701
Tel.: (830) 703-2040
Bar Number: Texas 24064564

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2022, I filed the foregoing Notice of Appeal and Designation of Record using the CM/ECF system which will send electronic notification to the assigned Assistant United States Attorney(s) of record.

/s/ ANTHONY J. COLTON
*Counsel for Defendant*